## No. 2059.
### Second Circuit Appeal

## W. G. BURT v. MRS. S. M. SMISSON, ET AL.

(March 17, 1925. Opinion and Decree.)

*(Syllabus by the Editor.)*

**1. Louisiana Digest—Appeal—Par. 511.**
Where the amount in dispute is less than the lower limit of the Court of Appeal's jurisdiction, the appeal will be dismissed.

**2. Louisiana Digest—Appeal—Par. 518.**
Where there is no evidence or statement of facts on which to base an opinion the appeal will be dismissed.

Appeal from Second Judicial District Court of Louisiana, Parish of Bossier, Hon. Robert Roberts, Jr., Judge.

. Suit dismissed for want of jurisdiction of Court of Appeal.

: Murff, Mabry & Perkins, of Shreveport, attorneys for plaintiff-in-rule, appellee.

Thomas W. Robertson, of Shreveport, attorney for defendant-in-rule, appellant.

## ON RULE BY DEFENDANTS TO TAX COSTS.

CARVER, J. Defendants in the above entitled and numbered cause took a rule on plaintiff to tax as costs the suit the fees of one W. E. Martin amounting to $50.00.

From a judgment rendered in their favor against plaintiff, taxing said amount as costs, plaintiff appeals.

Defendants (plaintiff-in-rule) moved to dismiss the appeal on the ground that the amount in dispute is less than the lower limit of this court's jurisdiction, and also because the record contains no evidence or statement of facts; and they also ask for 20% on the amount of the judgment as damages for frivolous appeal.

No appeal was taken in the main suit.

The motion to dismiss is well founded on both grounds.

See State, ex rel. Mut. Bldg. & H. Assn. vs. Judges, 106 La. 241, 30 South. 697.

As to the claim for damages for frivolous appeal, it was held in the cases of Allen vs. Arnouil, 18 La. 437, and New Orleans Imp., etc., Co., vs. Walker, 1 La. Ann. 180, that damages could not be allowed where dismissal is claimed.

The appeal is therefore dismissed, but without damages.